IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSE TRINIDAD RUBIO JR., as next friend of FELIPA RUBIO, | § § § | |
| *Petitioner*, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:26-CV-00173 JUDGE MICHAEL J. TRUNCALE |
| U.S. DEP'T OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); TEXAS DEP'T OF CRIMINAL JUSTICE, | § § § § § | |
| *Respondents*. | § § | |

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Felipa Rubio ("Rubio")'s Petition for Writ of Habeas Corpus (the "Petition") [Dkt. 1].

The Petition was brought by Jose Trinidad Rubio Jr. ("Trinidad Rubio"), appearing as Next Friend. [Dkt. 1 at 1]. The Court does not find he meets the next friend filing requirements. Supreme Court precedent requires both that a next friend "provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action," and that the "'next friend must be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." *Whitmore v. Arkansas*, 495 U.S. 149, 163–64 (1990). It is the alleged next friend's burden to show why the status should apply. *Id.* at 164.

Trinidad Rubio does not address either point in his filing. [Dkt. 1 and attachments]. Without next friend standing, the Court lacks subject matter jurisdiction over this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. All

pending motions are hereby **DENIED AS MOOT**. The Clerk is **INSTRUCTED** to close this

matter.

**SIGNED this 19th day of May, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge